

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00060-CV

| | | |
|---|---|---|
| Alfred Fields, Lisa Fields, and All Other Occupants | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-006803-1) |
| v. | § | October 1, 2015 |
| Michael Varrichio and Jill Varrichio | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Alfred Fields, Lisa Fields and All Other Occupants shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot